# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159160(5)(6)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

In re HOUSE OF REPRESENTATIVES
REQUEST FOR ADVISORY OPINION          SC: 159160
REGARDING THE CONSTITUTIONALITY
OF 2018 PA 368 & 369
_____/

 On order of the Chief Justice, the separate motions of the Michigan Restaurant and Lodging Association and the Small Business for a Better Michigan Coalition to file briefs amicus curiae is GRANTED.  The amicus briefs submitted by those groups on March 13, 2019, are accepted for filing.



 I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 15, 2019



Clerk